| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| District of Oregon |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Sean Frederick McCoshen

2. **Debtor's unique identifier**

    **For non-individual debtors:**
    ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
    ☐ Other _____. Describe identifier _____.

    **For individual debtors:**
    ☐ Social Security number: xxx – xx– ____ ____ ____ ____
    ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
    ☑ Other  24-2746643 . Describe identifier  Canadian Bankruptcy No. .

3. **Name of foreign representative(s)**  A. Farber & Partners Ltd., in its capacity as appointed trustee

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  District of Alberta, Division No. 1-Edmonton, Estate/Court No. 24-2746643

5. **Nature of the foreign proceeding**

    *Check one:*
    ☑ Foreign main proceeding
    ☐ Foreign nonmain proceeding
    ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

    ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

    ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

    ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
    Certificate of Assignment issued by Office of Superintendent of Bankruptcy
    Canada pursuant to Section 50 of Canada's Bankruptcy and Insolvency Act

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

    ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
    ☐ Yes

| Debtor | Sean Frederick McCoshen | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Canada

   **Debtor's registered office:**

   n/a
   Number     Street

   _____
   P.O. Box

   _____
   City     State/Province/Region     ZIP/Postal Code

   _____
   Country

   **Individual debtor's habitual residence:**

   151 Athlete's Way, Unit 701
   Number     Street

   _____
   P.O. Box

   Vancouver, BC V5Y 0E5
   City     State/Province/Region     ZIP/Postal Code

   Canada
   Country

   **Address of foreign representative(s):**

   150 York Street, Suite 1600
   Number     Street

   _____
   P.O. Box

   Toronto, ON M5H 3S5
   City     State/Province/Region     ZIP/Postal Code

   Canada
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ❑ Non-individual (*check one*):

    　❑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    　❑ Partnership

    　❑ Other. Specify: _____

    ☑ Individual

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 2

Debtor   Sean Frederick McCoshen
         Name                                                        Case number (if known)

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _/signature/_                            John Hendriks, Managing Director
  Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

✘ _____                   _____
  Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✘ /s/David W. Criswell                     Date   08/11/2021
  Signature of Attorney for foreign representative    MM / DD / YYYY

David W. Criswell
Printed name

Lane Powell PC
Firm name

601 S.W. Second Avenue, Suite 2100
Number     Street

Portland                                    OR          97204
City                                        State       ZIP Code

(503) 778-2100                              criswelld@lanepowell.com
Contact phone                               Email address

925930                                      OR
Bar number                                  State

# ATTACHMENT 1

# Certificate of Assignment



**Industry Canada**
Office of the Superintendent of Bankruptcy Canada

**Industrie Canada**
Bureau du surintendant des faillites Canada

District of:     Alberta
Division No.:   01 - Edmonton
Court No.:      24-2746643
Estate No.:     24-2746643

In the Matter of the Bankruptcy of:

**Sean Frederick McCoshen**

Debtor

**A. FARBER & PARTNERS LTD.**

Licensed Insolvency Trustee

Ordinary Administration

| | | | |
|---|---|---|---|
| Date of bankruptcy: | July 19, 2021 | Security: | $0.00 |
| Meeting of creditors: | August 09, 2021, 12:00 | | |
| | Meeting ID: 834 0202 0929 | | |
| | Passcode: 919446, Alberta | | |
| | Canada, | | |
| Chair: | Trustee | Designated person: | Sean Frederick McCoshen |

CERTIFICATE OF ASSIGNMENT - Paragraph 50.4(8)(*b.1*) of the Act

I, the undersigned, official receiver in and for this bankruptcy district, do hereby certify that:

- a notice of intention in respect of the aforenamed debtor was filed under section 50.4 of the *Bankruptcy and Insolvency Act*;
- the debtor has failed to file a cash-flow statement or a proposal within the provided period following the filing of the notice of intention or within any Court-granted extension and is thereupon deemed to have made an assignment.

The said trustee is required:

- to provide to me, without delay, security in the aforementioned amount;
- to send to all creditors, within five days after the date of the trustee's appointment, a notice of the bankruptcy; and
- when applicable, to call in the prescribed manner a first meeting of creditors, to be held at the aforementioned time and place or at any other time and place that may be later requested by the official receiver.

Date: July 20, 2021

E-File/Dépôt Electronique

Official Receiver

Canada Place Building, 9700 Jasper Avenue NW, Suite 725, Edmonton, Alberta, Canada, T5J4C3, (877)376-9902



ATTACHMENT 2

Section 1515(c) Statement

David W. Criswell, OSB No. 925930
criswelld@lanepowell.com
Andrew J. Geppert, OSB No. 203744
gepperta@lanepowell.com
James B. Zack, *pro hac vice pending*
zackj@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. |
| Sean Frederick McCoshen, | Chapter 15 |
| Debtor in a Foreign Proceeding. | **SECTION 1515(c) STATEMENT** |

I, John Hendriks, under the laws of the United States, hereby declare under penalty of perjury as follows:

I am a Managing Director of A. Farber & Partners Ltd., the trustee (the "Trustee") appointed in the Canadian insolvency proceeding of Sean Frederick McCoshen (the "Debtor"), *In the Matter of the Bankruptcy of: Sean Frederick McCoshen*, District of Alberta, Division No. 01-Edmonton, Court No. 24-2746643, Estate No. 24-2746643 (the "Canadian Proceeding"), and I respectfully submit this statement, as required under 11 U.S.C. § 1515(c), in support of the Trustee's petition seeking recognition by this Court of the Canadian Proceeding as a foreign main proceeding and other relief requested in this Chapter 15 case.

Pursuant to the requirements of 11 U.S.C. § 1515(c), to my knowledge, the foreign proceedings with respect to the Debtor include (i) the Canadian Proceeding, (ii) this Chapter 15 case seeking recognition of the Canadian Proceeding as a foreign main proceeding, and (iii) an insolvency proceeding the Trustee intends to commence in Turks and Caicos Islands seeking similar relief recognizing the Canadian Proceeding under applicable cross-border insolvency law.

PAGE 1 of 2    SECTION 1515(c) STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605168.3

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED: August 11, 2021

_____
John Hendriks, CPA, CA, CIRP, LIT
Managing Director, A. Farber & Partners Ltd.
150 York Street, Suite 1600
Toronto, Ontario, M5H 3S5
Canada

PAGE 2 of 2    SECTION 1515(c) STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605168.3

ATTACHMENT 3

Corporate Ownership Statement

David W. Criswell, OSB No. 925930
criswelld@lanepowell.com
Andrew J. Geppert, OSB No. 203744
gepperta@lanepowell.com
James B. Zack, *pro hac vice pending*
zackj@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sean Frederick McCoshen,<br><br>        Debtor in a Foreign Proceeding. | Case No.<br><br>Chapter 15<br><br>**CORPORATE OWNERSHIP STATEMENT** |

A. Farber & Partners Ltd., in its capacity as the trustee (the "Trustee") appointed in the Canadian insolvency proceeding of Sean Frederick McCoshen (the "Debtor"), *In the Matter of the Bankruptcy of: Sean Frederick McCoshen*, District of Alberta, Division No. 01-Edmonton, Court No. 24-2746643, Estate No. 24-2746643 (the "Canadian Proceeding"), by and through its counsel, Lane Powell PC, respectfully submits this Corporate Ownership Statement pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(4)(A), and states that (1) no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests because the Debtor is an individual; and (2) the Trustee is owned 100% by A. Farber Associates, and Ontario Partnership.

PAGE 1 of 2    CORPORATE OWNERSHIP STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605170.3

DATED: August 11, 2021

                        LANE POWELL PC


                By: */s/ David W. Criswell*
                    David W. Criswell, OSB No. 925930
                    Andrew J. Geppert, OSB No. 203744
                    James B. Zack, *pro hac vice pending*
                    Telephone: 503.778.2100
                    Facsimile: 503.778.2200
Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

PAGE 2 of 2    CORPORATE OWNERSHIP STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605170.3

ATTACHMENT 4

Chapter 15 List

David W. Criswell, OSB No. 925930
criswelld@lanepowell.com
Andrew J. Geppert, OSB No. 203744
gepperta@lanepowell.com
James B. Zack, *pro hac vice pending*
zackj@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sean Frederick McCoshen,<br><br>      Debtor in a Foreign Proceeding. | Case No.<br><br>Chapter 15<br><br>**CHAPTER 15 LIST** |

      A. Farber & Partners Ltd., in its capacity as the trustee (the "Trustee") appointed in the Canadian insolvency proceeding of Sean Frederick McCoshen (the "Debtor"), *In the Matter of the Bankruptcy of: Sean Frederick McCoshen*, District of Alberta, Division No. 01-Edmonton, Court No. 24-2746643, Estate No. 24-2746643 (the "Canadian Proceeding"), by and through its counsel, Lane Powell PC, respectfully submits this list pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4)(B):

**Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtor**

      The Trustee is the foreign representative, as that term is defined under 11 U.S.C. § 101(24), because the Office of the Superintendent of Bankruptcy Canada issued a Certificate of Assignment appointing the Trustee to administer the Debtor's bankruptcy proceeding, pursuant to Section 50.4(8)(b.1) of Canada's *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended. Pursuant to 11 U.S.C. § 1515(b)(3), a copy of the Assignment is attached to the Trustee's petition. *See* ECF No. 1.

PAGE 1 of 5     CHAPTER 15 LIST

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605172.3

To the Trustee's knowledge, the foreign proceedings with respect to the Debtor include (i) the Canadian Proceeding, (ii) this Chapter 15 case seeking recognition of the Canadian Proceeding as a foreign main proceeding, and (iii) an insolvency proceeding the Trustee intends to commence in Turks and Caicos Islands seeking similar relief recognizing the Canadian Proceeding under applicable cross-border insolvency law.

The Trustee, and its attorneys authorized to act on its behalf with respect to the Debtor, the Canadian Proceeding, this Chapter 15 case, and the Turks and Caicos Islands proceeding are:

A. Farber & Partners Ltd.
150 York Street, Suite 1600
Toronto, Ontario M5H 3S5
Canada
(*Trustee in the Canadian Proceeding*)

Ryan Zahara
MLT Aikins LLP
2100 Livingston Place
222 Third Avenue SW
Calgary, Alberta T2P 0B4
Canada
(*Counsel for the Trustee in the Canadian Proceeding*)

David W. Criswell
Andrew J. Geppert
James B. Zack
Lane Powell PC
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
(*Counsel for the Trustee in this Chapter 15 case*)

Tony Gruchot
Graham Thompson
Graceway House
Leeward Highway
Suite A200
P. O. Box 965
Providenciales
Turks and Caicos Islands
(*Counsel for the Trustee in the anticipated Turks and Caicos proceeding*)

PAGE 2 of 5    CHAPTER 15 LIST

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605172.3

**Parties to Litigation Pending in the United States in Which the Debtor is a Party**

The Trustee is not aware of any litigation pending in the United States in which the Debtor is a party.

**Entities Against Whom Provisional Relief is Being Sought Under 11 U.S.C. § 1519**

The Trustee seeks provisional relief on behalf of the Debtor to stay the execution or transfer of assets of the Debtor, and the application of 11 U.S.C. § 362 in the Debtor's chapter 15 case on a provisional basis, against all known creditors of the Debtor and other interested parties, including without limitation, the persons on the attached list.

DATED:  August 11, 2021

LANE POWELL PC

By: /s/ David W. Criswell
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
James B. Zack, *pro hac vice pending*
Telephone:  503.778.2100
Facsimile:  503.778.2200
Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

PAGE 3 of 5    CHAPTER 15 LIST

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605172.3

## PROVISIONAL RELIEF SERVICE LIST

**Canadian Proceeding Creditor Mailing List:**

*The Creditor Mailing List for the Canadian Proceeding is attached to this Provisional Relief Service List and incorporated as though each creditor were listed separately herein.*

**U.S. Government Entities:**

Office of the United States Trustee
Stephen Arnot, Assistant U.S. Trustee
620 SW Main Street, Suite 213
Portland, OR 97205-3026

Oregon Department of Revenue
Attn: ODR Bkcy
955 Center NE #353
Salem, OR 97301-2555

IRS
PO Box 7346
Philadelphia PA 19101-7346

**Trustee:**

A. Farber & Partners Ltd.
Attention:  John Hendriks
150 York Street, Suite 1600
Toronto, Ontario, M5H 3S5
Canada

**Counsel for the Trustee in the Canadian Proceeding:**

Ryan Zahara
MLT Aikins LLP
2100 Livingston Place
222 Third Avenue SW
Calgary, Alberta T2P 0B4
Canada

**Counsel for the Trustee in the Chapter 15 case:**

David W. Criswell
Andrew J. Geppert
James B. Zack
Lane Powell PC

PAGE 4 of 5     CHAPTER 15 LIST

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605172.3

601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204

**Debtor:**

Sean Frederick McCoshen
151 Athlete's Way, Unit 701
Vancouver, BC V5Y 0E5
Canada

**Counsel for the Debtor:**

Daniel K. Jukes
Miles Davison LLP
900, 517 – 10th Avenue S.W.
Calgary, Alberta T2R 0A8

**Other:**

Matthew Tercek
Cascade Sothebys International Realty
310 N. State Street, Suite 102
Lake Oswego, OR 97034

Dunn Carney LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204

PAGE 5 of 5    CHAPTER 15 LIST

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8605172.3

*- Creditor Mailing List -*

In the Matter of the Bankruptcy of
Sean Frederick McCoshen
of the City of Edmonton, in the Province of Alberta

| Creditor Type | Name | Attention | Address | Email |
|---|---|---|---|---|
| Secured | Bridging Finance Inc. c/o PricewaterhouseCoopers Inc. | Meagan Binder | 18 York Street, Suite 2600<br>Toronto ON M5J 0B2 | binder.t.meagan@pwc.com |
| | Bridging Income Fund LP c/o PricewaterhouseCoopers Inc. | Meagan Binder | 18 York Street, Suite 2600<br>Toronto ON M5J 0B2 | binder.t.meagan@pwc.com |
| | CIBC Bank USA | Peter Martin | 120 S. LaSalle<br>Chicago IL 60603 USA | Peter.Martin@cibc.com |
| | Sprott Bridging Income Fund LP c/o PricewaterhouseCoopers Inc. | Meagan Binder | 18 York Street, Suite 2600<br>Toronto ON M5J 0B2 | binder.t.meagan@pwc.com |
| | National Bank of Canada c/o Fasken | John F. Grieve | 550 Burrard Street, Suite 2900<br>Vancouver British Columbia<br>V6C 0A3 | jgrieve@fasken.com<br>audrey.ng@nbc.ca |
| Unsecured | Laura Agnew Designs | Laura Agnew | 4711 Woodside Place West<br>Vancouver BC V7S 2X5 | daxtonlee@me.com |
| | GRO Design Center | Donald Seymour | GRO Outdoor Living<br>PO Box 821569<br>Vancouver, WA 98682 | info@grooutdoorliving.com |