UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Sean Frederick McCoshen,<br><br>        Debtor in a Foreign Proceeding. | Case No. 21-31733-tmb15<br><br>Chapter 15<br><br>**NOTICE OF CHAPTER 15 PETITION AND RECOGNITION HEARING** |

      **PLEASE TAKE NOTICE** that on August 11, 2021, A. Farber & Partners Ltd., in its capacity as the trustee (the "Trustee") appointed in the Canadian insolvency proceeding of Sean Frederick McCoshen (the "Debtor"), *In the Matter of the Bankruptcy of: Sean Frederick McCoshen*, District of Alberta, Division No. 01-Edmonton, Court No. 24-2746643, Estate No. 24-2746643 (the "Canadian Proceeding"), and as authorized foreign representative of the Debtor, filed the Official Form 401 *Chapter 15 Petition for Recognition of a Foreign Proceeding* (ECF No. 1) and *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* (ECF No. 3) (together, the "Petition") with the United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court") under Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code") seeking recognition of the Canadian Proceeding as a foreign main proceeding and related relief.

      **PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled on September 8, 2021, at 10:00 a.m. (prevailing Pacific Time), by video, to consider the Petition (the "Recognition Hearing"). Visit https://www.orb.uscourts.gov/video-hearings for connection information.

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Petition must be made in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Oregon, in writing describing the basis therefor, filed with the Office of the Clerk of the Court, 1050 SW 6th Avenue #700, Portland, Oregon 97204 not later than September 1, 2021 and served upon the following: (A) U.S. counsel for the Trustee, Lane Powell PC, 601 S.W. Second

PAGE 1 of 2    NOTICE OF CHAPTER 15 PETITION AND RECOGNITION HEARING

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

133953.0001/8606933.4

Case 21-31733-tmb15   Doc 22   Filed 08/18/21

Avenue, Suite 2100, Portland, Oregon 97204, Attention: David W. Criswell (criswelld@lanepowell.com); Andrew J. Geppert (gepperta@lanepowell.com); and James B. Zack (zackj@lanepowell.com); (B) Canadian counsel for the Trustee, MLT Aikins LLP, 2100 Livingston Place, 222 Third Avenue SW, Calgary, Alberta T2P 0B4, Canada, Attention: Ryan Zahara (rzahara@mltaikins.com); and (C) the Trustee, A. Farber & Partners Ltd., 150 York Street, Suite 1600, Toronto, Ontario, M5H 3S5 Canada, Attention: John Hendriks (jhendriks@farbergroup.com).

**PLEASE TAKE FURTHER NOTICE** that if no response is timely filed and served as provided above, the Bankruptcy Court may grant the recognition and relief requested in the Petition without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court at such hearings of the adjourned date or dates or any adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that no time period or place for the filing of proofs of claim has been established and creditors need not file proofs of claim at this time.

**PLEASE TAKE FURTHER NOTICE** that copies of the Petition and other filings in this case are presently available (1) via Public Access to Court Electronic Records (PACER), which can be accessed from the Bankruptcy Court's website at https://ecf.ord.uscourts.gov/ (a PACER login and a password are required to retrieve a document), and/or (2) upon written request to the Trustee's counsel addressed to:

Lane Powell PC
Attn: David W. Criswell
601 S.W. Second Avenue, Suite 2100,
Portland, Oregon 97204

DATED: August 18th, 2021

LANE POWELL PC

By: */s/David W. Criswell*
David W. Criswell, OSB No. 925930
Andrew J. Geppert, OSB No. 203744
James B. Zack, *pro hac vice*
Telephone: 503.778.2100
Facsimile: 503.778.2200
Attorneys for A. Farber & Partners Ltd.,
Foreign Representative

PAGE 2 of 2   NOTICE OF CHAPTER 15 PETITION AND
RECOGNITION HEARING

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8606933.4

Case 21-31733-tmb15    Doc 22    Filed 08/18/21

# CERTIFICATE OF SERVICE

I, Andrew J. Geppert, hereby certify that on this 18th day of August, 2021, I caused a copy of the **NOTICE OF CHAPTER 15 PETITION AND RECOGNITION HEARING; CHAPTER 15 PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING; VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING AND RELATED RELIEF; and ORDER GRANTING PROVISIONAL RELIEF** to be served via electronic mail (as applicable) and by regular mail and on the following:

Oregon Department of Revenue
Attn: ODR Bkcy
955 Center NE #353
Salem, OR 97301-2555

IRS
PO Box 7346
Philadelphia PA 19101-7346

Daniel K. Jukes
Miles Davison LLP
900, 517 – 10th Avenue S.W.
Calgary, Alberta T2R 0A8
Canada
djukes@milesdavison.com
*Counsel for the Debtor*

Matthew Tercek
Cascade Sothebys International Realty
310 N. State Street, Suite 102
Lake Oswego, OR 97034
matthew@tercekre.com

Dunn Carney LLP
851 SW Sixth Avenue
Suite 1500
Portland, OR 97204
JChambers@dunncarney.com

Meagan Binder
Bridging Finance Inc. c/o
PricewaterhouseCoopers Inc.
18 York Street, Suite 2600
Toronto ON M5J 0B2
Canada
binder.t.meagan@pwc.com

Meagan Binder
Bridging Income Fund LP c/o
PricewaterhouseCoopers Inc.
18 York Street, Suite 2600
Toronto ON M5J 0B2
Canada
binder.t.meagan@pwc.com

Meagan Binder
Sprott Bridging Income Fund LP
c/o PricewaterhouseCoopers Inc.
18 York Street, Suite 2600
Toronto ON M5J 0B2
Canada
binder.t.meagan@pwc.com

PAGE 1 of 2 –   CERTIFICATE OF SERVICE

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

133953.0001/8632714.1

Case 21-31733-tmb15    Doc 22    Filed 08/18/21

| | |
|---|---|
| Peter Martin<br>CIBC Bank USA<br>120 S. LaSalle<br>Chicago IL 60603<br>Peter.Martin@cibc.com | John F. Grieve<br>National Bank of Canada<br>c/o Fasken<br>550 Burrard Street, Suite 2900<br>Vancouver British Columbia<br>V6C 0A3<br>Canada<br>jgrieve@fasken.com<br>audrey.ng@nbc.ca |
| Laura Agnew<br>Laura Agnew Designs<br>4711 Woodside Place West<br>Vancouver BC V7S 2X5<br>Canada<br>daxtonlee@me.com | Donald Seymour<br>GRO Design Center<br>GRO Outdoor Living<br>PO Box 821569<br>Vancouver, WA 98682<br>info@grooutdoorliving.com |
| Stoneridge Custom Development LLC<br>16805 Gassner Ln<br>Suite B<br>Lake Oswego, OR 97035<br>matthew@luxecir.com | Office of The United States Trustee<br>Region 18: District of Oregon (Portland Division)<br>Attn: Christian Torimino<br>Christian.Torimino@usdoj.gov |

                                             */s/ Andrew J. Geppert*
                                             Andrew J. Geppert

PAGE 2 of 2 – CERTIFICATE OF SERVICE

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

133953.0001/8632714.1

Case 21-31733-tmb15    Doc 22    Filed 08/18/21